1914.) In the matter of Milton T. Loebl, an attorney. No opinion. Motion granted. Settle order on notice. See, also, 148 N. Y. Supp. 1127.

LOWENFELD et al., Appellants, v. UNITED STATES FIDELITY & GUARANTY CO., Respondent. (No. 6667.) (Supreme Court, Appellate Division, First Department. December 31, 1914.) Appeal from Special Term, New York County. Action by Pincus Lowenfeld and another against the United States Fidelity & Guaranty Company. From an order granting a motion for a bill of particulars before service of an answer, plaintiffs appeal. Modified and affirmed. Alexander Pfeiffer, of New York City, for appellants. Robert Gray, of New York City, for respondent.

PER CURIAM. Defendant is entitled to a bill of particulars as to the first four items set out in the order appealed from, except there should be stricken from items 2, 3, and 4 the words, "and setting forth the date when such item was received." Phillips v. United States Fidelity & Guaranty Co., 123 App. Div. 927, 108 N. Y. Supp. 1145. It is not entitled to a bill of particulars of the other items. The order appealed from, therefore. is modified as indicated, and, as thus modified, affirmed, without costs to either party.

LUBNAU, Respondent, v. LAEBOVETZ et al., Appellants. (Supreme Court, Appellate Division, Fourth Department, November 11, 1914.) Action by Carl Lubnau against Julius Laebovetz and another. No opinion. Judgment and order affirmed, with costs.

LUDLAM v. BLOODGOOD et al. (Supreme Court, Appellate Division, Second Department. November 27, 1914.) Action by Mary Ludlam against Clara Bloodgood and others. No opinion. Order modified, by reducing the amount of costs allowed from $25 to $10, and disbursements, and striking out the award of execution, in the following words, "and that she have execution therefor," and, as so modified, such order is affirmed, without costs of this appeal. See, also, 163 App. Div. 863, 146 N. Y. Supp. 1098.

LUDLAM v. SCHUMM et al. (Supreme Court, Appellate Division, Second Department. November 27, 1914.) Action by Mary Ludlam against Frederick H. Schumm and others. No opinion. Order modified, by reducing the amount of costs allowed from $25 to $10, and disbursements, and striking out the award of execution, in the following words, "and that she have execution therefor," and, as so modified, such order is affirmed, without costs of this appeal.

LUEDEKE, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 11, 1914.) Action by Rose Luedeke, as administratrix, etc., against the New York Central & Hudson River Railroad Company.

No opinion. Motion for reargument (164 App. Div. 104, 149 N. Y. Supp. 525) denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied.

LYNCH, Respondent, v. LARKIN, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 11, 1914.) Action by Frederick Lynch against Hubert Larkin, as sole surviving partner, etc. No opinion. Judgment and order affirmed, with costs.

LYNCH v. MURPHY. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by Margaret A. Lynch against Anna Murphy. No opinion. Motion denied, with $10 costs. Order filed. See, also, 149 N. Y. Supp. 1094; 150 N. Y. Supp. 1094.

LYNCH v. MURPHY. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Action by Margaret A. Lynch against Anna Murphy. No opinion. Motion granted. Order filed. See, also, 150 N. Y. Supp. 1094.

McCADDON, Appellant, v. CENTRAL TRUST CO. OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. December 11, 1914.) Action by Joseph T. McCaddon against the Central Trust Company of New York. W. P. Maloney, of New York City, for appellant. S. G. De Kay, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

McCARTHY, Respondent, v. INTERNATIONAL RY. CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 2, 1914.) Action by Michael H. McCarthy against the International Railway Company and another. No opinion. Judgment and order affirmed, with costs. .

McCLURE NEWSPAPER SYNDICATE v. TIMES PRINTING CO. OF SEATTLE. (Supreme Court, Appellate Division, First Department. December 11, 1914.) Action by the McClure Newspaper Syndicate against the Times Printing Company of Seattle. No opinion. Motion denied, with $10 costs. Order filed. See, also, 164 App. Div. 108, 149 N. Y. Supp. 443.

McCORMACK, Appellant, v. McCORMACK, Respondent. (Supreme Court, Appellate Division, First Department. November 20, 1914.) Action by Margaret M. McCormack against George McCormack. T. J. Curran, of New York City, for appellant. Nathan F. Giffin, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See. also, 158 App. Div. 921, 143 N. Y. Supp. 1129.

McGUIRE, Respondent, v. INTERBORO RAPID TRANSIT CO., Appellant. (Supreme Court, Appellate Division, First Department.